**TONY L. SCOTT,**

      **Plaintiff,**

**v.**                              **CASE NO.  5:19cv211-MCR-MJF**

**BEN HASTY,**

      **Defendant.**

_____/

## O R D E R

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated July 15, 2019. ECF No. 5. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After reviewing any timely objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 5, is **ADOPTED** and incorporated by reference in this Order.

2.      Plaintiff's motion to proceed *in forma pauperis* (Doc. 2), and motion for appointment of counsel (Doc. 3) are **DENIED**.

3.      This action is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(g).

4.      The Clerk of Court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 6th day of August 2019.


s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**